# First District Court of Appeal
## State of Florida

_____

No. 1D18-2514
_____

MICHAEL T. O'LOUGHLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

February 5, 2019


PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn M. Swiatek, Shalimar, for Appellant.

Ashley B. Moody, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Appellee.